JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:22-cv-07402-ODW (SKx) | Date | April 7, 2023 |
| Title | *Julia Anne Jecker v. Metro One Loss Prevention Svcs. Grp. W. Coast Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

In order to clarify the nature of the dismissal of this case, the Court hereby **STRIKES** its prior Minute Order dismissing the case, (ECF No. 24), and replaces it with the following. Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice, (ECF No. 23), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that:

1. The entire action and all individual claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. The entire action and all class claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**;

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |